No. 89–6748. THAI DO HOANG v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 89–6762. RODRIGUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–6781. GASTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6782. ESCOBAR-GARCIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6788. GRIFFITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6798. ATKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6805. NEGRON-JESSURUN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6812. GARCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6815. WITHERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6827. WHYTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6830. ASHBY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6843. MARTIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–6864. FISHER v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, HUNTINGTON, PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89–6883. TERRY v. BLUE CAB, INC., ET AL. Ct. App. Wis. Certiorari denied.

No. 89–1141. MINNESOTA MINING & MANUFACTURING CO. v. FREEMAN. C. A. Fed. Cir. Certiorari denied. JUSTICE BLACK-